# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

RUSTY ZAKEE MOORER

_____/

**INDICTMENT**

3:18cr102/MCR

## THE GRAND JURY CHARGES:

### COUNT ONE

Between on or about May 29, 2018, and on or about September 28, 2018, in the Northern District of Florida and elsewhere, the defendant,

**RUSTY ZAKEE MOORER,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved cocaine, marijuana, and 28 grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D), and 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 846.

Returned in open court pursuant to Rule 6(f)

Date: October 16, 2018

United States Magistrate Judge

## COUNT TWO

On or about September 28, 2018, in the Northern District of Florida, the defendant,

**RUSTY ZAKEE MOORER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved cocaine, marijuana, and 28 grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine."

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D), and 841(b)(1)(B)(iii).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violations charged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendant,

**RUSTY ZAKEE MOORER,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of his interest in:

A.      Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violations.

B.      Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.   has been transferred, sold to, or deposited with a third party;

    iii.  has been placed beyond the jurisdiction of this Court;

    iv.   has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property.

A TRUE BILL:

Redacted per privacy policy

FOREPERSON

Oct. 16, 2018
DATE

CHRISTOPHER P. CANOVA
United States Attorney

J. RYAN LOVE
Assistant United States Attorney

4