# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

CASE NO.: 3:18cr102/MCR

v.

RUSTY ZAKEE MOORER

_____/

## STATEMENT OF FACTS

The parties agree with the truthfulness of the following factual basis for the Defendant's guilty plea. The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary.

Between on or about May 29, 2018, and on or about September 28, 2018, the Drug Enforcement Administration conducted a long-term investigation of the Defendant and his co-conspirators. As a result, evidence was discovered which revealed the Defendant was a source of supply for controlled substances involving cocaine, crack cocaine, and marijuana in and around Okaloosa County, Florida. More specifically, between on or about May 29, 2018, and on or about September 28, 2018, agents and investigators surveilled the Defendant as he distributed controlled substances to co-conspirators, and obtained proceeds from the distribution of controlled substances from co-conspirators, in and around Okaloosa County, Florida.

More specifically, after receiving judicial authorization, the government intercepted wire and electronic communications occurring to and from cellular telephone number (850) 902-7172, a telephone utilized by the Defendant, between September 11, 2018, and September 28, 2018. During the period of interceptions of the Defendant's cellular telephone, the Defendant received calls from individuals ordering controlled substances from the Defendant. After receiving the calls, the Defendant drove from his residence, distributed controlled substances to include cocaine, marijuana, and crack cocaine to co-conspirators, and obtained proceeds from the distribution of controlled substances from co-conspirators, in and around Okaloosa County, Florida. The Defendant obtained the controlled substances that he was distributing in Okaloosa County, Florida, from other individuals from whom he had agreed to purchase controlled substances to distribute them to others.

As an example, during the interception of the Defendant's cellular telephone on September 21, 2018, the Defendant received a call from co-conspirator C.B. ordering marijuana from the Defendant. Following the call from C.B. and due to the fact the Defendant was out of town, the Defendant placed a call to another co-conspirator, D.L. and asked D.L. to go to the Defendant's residence, obtain the marijuana, and use the Defendant's spouse's vehicle to deliver it to C.B. on behalf of the Defendant. D.L. agreed to do so, and law enforcement surveilled D.L. as he arrived at the Defendant's residence, retrieved the marijuana from the Defendant's

residence, placed it in the Defendant's spouse's vehicle, and delivered it to C.B. at his residence in Crestview, Florida.

As another example, during the interception of the Defendant's cellular telephone on September 28, 2018, the Defendant received a call from co-conspirator B.M. asking if the Defendant could provide him with four ounces of cocaine. The Defendant agreed to do so, and law enforcement observed B.M. as he arrived at the Defendant's residence. The Defendant approached B.M.'s vehicle and delivered four ounces of cocaine to B.M. per their earlier agreement over the Defendant's telephone.

As a result of the investigation, on September 28, 2018, a federal search warrant was executed at the Defendant's residence located in Crestview, Florida. During the execution of the search warrant, agents and investigators seized approximately 400 grams of cocaine, approximately 66.9 grams of crack cocaine, approximately 20 pounds of marijuana, and associated drug paraphernalia known to be used for the manufacturing of crack cocaine and the distribution of controlled substances.

## ELEMENTS:

**Count One:**

It's a separate federal crime for anyone to conspire to knowingly distribute or possess with intent to distribute a controlled substance.

A "conspiracy" is an agreement by two or more people to commit an unlawful act. In other words, it is a kind of "partnership" for criminal purposes. Every member of the conspiracy becomes the agent or partner of every other member.

The Government does not have to prove that all the people named in the indictment were members of the plan, or that those who were members made any kind of formal agreement. The heart of a conspiracy is the making of the unlawful plan itself, so the Government does not have to prove that the conspirators succeeded in carrying out the plan.

The Defendant can be found guilty only if all the following facts are proved beyond a reasonable doubt:

*First:* two or more people in some way agreed to try to accomplish a shared and unlawful plan to distribute or possess with intent to distribute a controlled substance;

*Second:* the Defendant knew the unlawful purpose of the plan and willfully joined in it;

*Third:* the object of the unlawful plan was to distribute or possess with the intent to distribute cocaine, marijuana, and 28 grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine."

A person may be a conspirator even without knowing all the details of the

4

unlawful plan or the names and identities of all the other alleged conspirators.

**Count Two:**

A Defendant is guilty of possession with intent to distribute a controlled substance if:

*First:* the Defendant knowingly possessed the cocaine, marijuana, and a mixture and substance containing cocaine base, commonly known as "crack cocaine;"

*Second:* the Defendant intended to distribute the cocaine, marijuana, and a mixture and substance containing cocaine base, commonly known as "crack cocaine;" and

*Third:* the weight of the controlled substance the Defendant possessed was the amount listed in the Indictment, more specifically, cocaine, marijuana, and

28 grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine."

CHRISTOPHER P. CANOVA
United States Attorney

_____
RANDALL S. LOCKHART
Attorney for Defendant

11-28-18
Date

_____
J. RYAN LOVE
Assistant United States Attorney
Florida Bar No. 0637920
Northern District of Florida
21 E. Garden Street, Suite 400
Pensacola, Florida 32502-5675
850-444-4000

_____
RUSTY ZAKEE MOORER
Defendant

11-28-18
Date

11-30-18
Date

6