# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                      Case No. 3:18cr102/MCR

**RUSTY ZAKEE MOORER,**

    **Defendant.**

_____/

## DEFENDANT'S MOTION TO CONTINUE
## SENTENCING HEARING (UNOPPOSED)

COMES NOW the Defendant, RUSTY ZAKEE MOORER, by and through his undersigned attorney, and moves to continue his sentencing hearing for the following reasons:

1. Mr. Moorer was charged by complaint on October 1, 2018, and indicted on October 16, 2018, and charged with conspiracy to possess with intent to distribute 28 grams or more of a substance containing crack cocaine (count one) and possession with intent to distribute crack cocaine (count two, substantive) in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), (b)(1)(D), and 841(b)(1)(B)(iii). [Docket Nos. 1 and 12].

2. Mr. Moorer pled guilty to the indictment on November 30, 2019 and is incarcerated at the Santa Rosa County Jail. [Docket Nos. 19, 24-31].

3. The sentencing hearing is presently scheduled for Thursday, February 14, 2019, at 10:00 a.m. [Docket No. 32].

4. The Draft Pre-sentence Report ("PSR") was filed on January 10, 2019, and counsel has reviewed it with Mr. Moorer. Counsel has, too, reviewed the PSR in relation to the First Step Act (FSA), passed on December 21, 2018, and discussed same with Mr. Moorer.

5. Several important matters, however, remain outstanding that the parties would prefer to resolve prior to Mr. Moorer's sentencing. First, the parties appear to agree that the FSA will lower Mr. Moorer's mandatory minimum from 10 years to 5 years. However, the Government indicated that it would like additional time to confirm the proper application of the FSA to Mr. Moorer; and Mr. Moorer has no objection to that request. Separately, the parties are awaiting the Government's receipt of lab reports that will confirm the substances and drug weights in this case, and the Government anticipates that it will receive the completed lab reports very soon. Further, the Government has indicated that it has not yet reached a final decision on whether it will move forward at Mr. Moorer's sentencing to forfeit his residence, as that determination is presently being made, to include whether the forfeiture of Mr. Moorer's residence is administratively feasible based on the home's value and the existence of unpaid taxes and/or liens that may exist on the home.

6. Due to the pendency of these matters, counsel has not yet filed a

response to the Draft PSR and would like to meet with Mr. Moorer again before doing so. Moreover, counsel and the Government both would prefer to have these issues resolved prior to his sentencing.

7. For these reasons, Mr. Moorer, through counsel, seeks to continue the sentencing hearing thirty (30) days to allow these matters to be resolved prior to his sentencing hearing in this case.

8. Counsel has conferred with Assistant U.S. Attorney Ryan Love and he has no objection to this Motion.

WHEREFORE, the Defendant moves to continue the sentencing hearing for 30 days.

RESPECTFULLY SUBMITTED this 28th day of January 2019.

*/s/ Randall S. Lockhart*
RANDALL S. LOCKHART
Michigan Bar No. P58597
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Randall_Lockhart@fd.org
(850) 432-1418