# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                   CASE NO: 3:18cr102/MCR

**RUSTY ZAKEE MOORER**

_____/

## RELEASE OF NOTICE OF LIS PENDENS

**GRANTEE:**    **RUSTY ZAKEE MOORER**

NOTICE IS HEREBY GIVEN that the Notice of Lis Pendens recorded on November 30, 2018, in the Official Records Book 3376 at Page 3660, of Okaloosa County, Florida, is hereby released regarding that certain tract or parcel of real property in the name of **Rusty Zakee Moorer**, commonly known as **115 North Avenue, Crestview, Florida,** lying and being in Okaloosa County, Florida, and is more particularly described as follows:

**Real Property located at 115 North Avenue, Crestview, Florida, with all improvements and appurtenances thereon, more particularly described as:**

**PARCEL #1**

> LOT 9, BLOCK 3, REPLAT OF NORTH HILL, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 1, PAGE 121, IN THE OFFICE OF THE CLERK OF CIRCUIT COURT, OKALOOSA COUNTY, FLORIDA.

1

LESS AND EXCEPT:

BEGIN AT THE SOUTHEAST CORNER OF LOT 8, BLOCK 3, OF A SUBDIVISION KNOWN AS NORTH HILL SUBDIVISION AS RECORDED IN PLAT BOOK 1, PAGE 121, OF THE OFFICIAL RECORDS OF OKALOOSA COUNTY, FLORIDA; THENCE NORTH ALONG THE EAST LINE OF SAID LOT 8 A DISTANCE OF 80.33 FEET; THENCE IN A SOUTHEASTERLY DIRECTION A DISTANCE OF 87.00 FEET TO THE SOUTH LINE OF LOT 9, OF SAID SUBDIVISION. SAID POINT BEING 18.00 FEET SOUTHEAST OF THE SOUTHEAST CORNER OF LOT 8, THENCE NORTHWESTERLY DIRECTION ALONG THE SOUTH LINE OF SAID LOT 9, A DISTANCE OF 18.00 FEET TO THE POINT OF BEGINNING.

PARCEL #2

BEGIN AT THE NORTHEAST CORNER OF LOT 8, BLOCK 3, OF A SUBDIVISION KNOWN AS NORTH HILL SUBDIVISION AS RECORDED IN PLAT BOOK 1, PAGE 121, OF THE OFFICIAL RECORDS OF OKALOOSA COUNTY, FLORIDA; THENCE SOUTH ALONG THE EAST LINE OF SAID LOT 8, A DISTANCE OF 42.69 FEET; THENCE IN A NORTHWESTERLY DIRECTION A DISTANCE OF 41.65 FEET TO THE NORTH LINE OF SAID LOT 8, SAID POINT BEING 8.50 FEET WEST OF THE NORTHEAST CORNER OF SAID LOT 8, THENCE EAST 8.50 FEET TO THE POINT OF BEGINNING.

Parcel Identification Number:   07-3N-23-1760-0003-0090

By the filing of this Release of Notice of Lis Pendens, the United States of America releases and disclaims any interest in the above-described real property arising or existing pursuant to the above-captioned criminal forfeiture action.

For further information concerning the action, reference may be made to the U.S. Attorney's Office, Northern District of Florida, 111 North Adams Street, 4th Floor, Tallahassee, Florida 32301.

Dated this 18th day of March, 2019.

Respectfully submitted,

LAWRENCE KEEFE
United States Attorney

*//s// J. Ryan Love*
J. RYAN LOVE
Assistant U.S. Attorney
Florida Bar No. 0637920
U.S. Attorney's Office
21 E. Garden St., Suite 400
Pensacola, FL  32502-5675
Telephone: (850)444-4000
Fax: (850)434-0329

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system and Randall S. Lockhart, counsel for defendant Rusty Zakee Moorer, is registered to be notified via electronic notification.

*//s// J. Ryan Love*
J. RYAN LOVE
Assistant U.S. Attorney
