UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS  CASE NO. 3:18-CR-102-01

RUSTY MOORER

**FINANCIAL REFERRAL AND ORDER**

Regarding release of funds for: _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____ Rusty Zakee Moorer #26171-017 _____ (Payee)
Address: FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

Receipt Number __B091019DFLN318CR000102001137__   Date of Receipt __10/11/19__

Motion: N/A

Explanation: Rusty Moorer's $200.00 special assessment was paid on May 1, 2019. The Clerk's office received $25.00 on the September 2019 Bureau of Prisons (BOP) reports. Resulting in an overpayment of $25.00. According to the court dockets and financial records, Mr. Moorer does not owe any additional money. Requesting authorization to refund the $25.00 overpayment and any other payments we may receive from the BOP for this case. There may be a timing difference on the BOP stopping payments for this account.

JESSICA J. LYUBLANOVITS, Clerk of Court

Prepared by: _____ *s/Philip Detweiler* _____
Philip Detweiler, Financial Specialist    Date: October 17, 2019

Referred by: _____ ,Deputy Clerk

**ORDER OF COURT**

It is ORDERED this __17th__ day of __Oct.__, 2019, that the Clerk refund the identified funds to the payee.

APPROVED __✓__

DENIED _____

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE

RCVD USDC FLND PN
OCT 17 '19 AM 10:57

Adopted: 12/03/99